**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Chelsea Hamill (SBN 271859)
1888 Century Park East
Suite 1850
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
E-mail:     HEley@dollamir.com
            CHamill@dollaimir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, an individual,<br><br>                    Plaintiff.<br><br>        v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV11-02399-LB<br>Hon. Laurel Beeler<br><br>**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR BY TELEPHONE**<br><br>CMC Date:    October 20, 2011<br>Time:        10:30 a.m. |

Defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as Capital One, National Association, requests permission by the Court to appear telephonically, through its counsel, in the above-referenced matter on Thursday, October 20, 2011 at 10:30 a.m. for the Initial Case Management Conference. Specifically, Capital One requests that its counsel, Hunter Eley, be allowed to appear telephonically from telephone number (310) 557-9123.

Capital One respectfully submits this request because its counsel for this matter is located in Los Angeles, California.

Dated: October 12, 2011                    **DOLL AMIR & ELEY LLP**

By  */s/ Hunter R. Eley*
Hunter R. Eley
Email: heley@dollamir.com
Attorneys for Defendant
Capital One Bank (USA), N.A.

## **ORDER**

Defendant Capital One Bank (USA), N.A.'s request to appear telephonically, through its counsel, Hunter R. Eley, at the Initial Case Management Conference scheduled for October 20, 2011 is granted.

Dated: October 14, 2011                    _____
                                           Hon. Laurel Beeler

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
(310) 557-9100

REQUEST FOR TELEPHONIC APPEARANCE                    CASE NO. CV11-02399-LB

-1-